United States Bankruptcy Court
721 19th Street
Denver, CO 80202
720 904 7300
Honorable Judge Kimberely Tyson



FILED
CLERK OF COURT

FEB - 6 2024

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

February 6, 2024

RE:  Case #23-15137 Dr. Kelly Kendall White

To whom it may concern:

The former employees of Dr. Kelly Kendall White are hereby filing a formal Objection to the Motion to Disallow Proof of Claims Ordered by the Court on January 26, 2024 for Creditor #9 Sasha Dudnikoff for the amount $1930.00, #10 Vicki A Gesford for the amount of $8306.25 and Creditor #11 Jeanette Sigala for the amount of $12,475.00 with subsequent back wages entered for each under Part 2 section 7.

The determination by Dr. White's attorney, Stephen Berken via email dated on Wednesday, January 24, 2024 was to claim Dr. White was not our employer pursuant to C.R.S. 8-4-101(6) which is incorrect.  Please see our articles of exhibit proving Dr. White was, in fact, our employer during the time our wages were earned per C.R.S. 8-4-101 (14) a. and b. and C.R.S. 8-4-101 (15).

Exhibits:

1.  Motions to Disallow Proof of Claims January 26, 2024.

2.  Letter to Stephen Berken dated August 5, 2023 including our Demand for Demand for Payment of Wages and a follow up letter to Stephen Berken dated August 8, 2023.  A third attempt to collect our back pay sent to Mr. Berken via email October 29, 2023.

3.  Signed Separation Agreements by Dr. Kelly White relieving us of our employment due to the office closure.

4.  Proof of Claims submitted to the Court on November 20, 2023, and a letter from Mr. Berken to Jeanette Sigala and Vicki Gesford dated January 17, 2024, expressing concerns about the validity of our POCS and the OSHA Biohazard that was discovered by Patterson Dental on July 6, 2023 and the subsequent treatment of patients that were waiting on permanent restorations to complete the cases that had been paid for.  In NO way did we knowingly subject ourselves to the OPIM to garner or increase our payroll.

5.  Attempts for Dr. White to reconcile our payroll for December 1, 2022-December 31, 2022, on January 30, 2023, via ADP Statements and Direct Deposits showing him to be our employer. Personal checks in the amount of $500 dated March 22, 2023 that were declined to NSF.

6.  Excel spreadsheets detailing our earnings from January 1, 203-July 31, 2023.

7.  Bank Statement dated July 31, 2023, for Dr. Kelly K. White, D.D.S., P.C. DBA Auraria Dental Oasis. Proof Dr. White was our employer.

8.  Employee Retention Tax Credits that were approved and intended to be used for our wages through Innovative Refunds that were submitted by the POE (Intandem) to the IRS who paid Dr. White's employes during those quarters initialed and accepted by Dr. White.

We would also like to Plead and Request our Demand for Payments for our entire earnings be Granted for the following reasons:

1.   Income Tax and potential penalties that may be assessed for non-payment for 2023.

2.  Health concerns due to Diabetes and other stresses incurred along with the OPIM exposure from the unknown OSHA biohazard in the environment for an 18-month period.

3.  Undue stress with the financial burden of having to use credit cards and other resources to cover our lack of income that was promised to us not only by our employer but the owners of the new LLC that procured and benefitted from Dr. White's practice and his assets.

4.  Unexpected loss of employment and income due to office closure.

We are presenting this letter and all documents to the Court in Person to fulfill our deadline for Objections of February 28, 2024, and prior to the Amended Chapter 13 Plan to be filed on February 7, 2024.

Please make note of Jeanette's mailing address since Mr. Berken states he does not have it on file and her documents were sent to me.

Thank you,

Signed:

*Vicki A. Gesford* (signature)

Vicki A. Gesford
Dated:  2-6-2024

Signed:

*Jeanette M. Sigala* (signature)

Jeanette M. Sigala
Dated:  2-6-2024

*EXHIBIT 1*



# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| In re: | |
| | Bankruptcy Case No. 23-15137 KHT |
| Dr. Kelly Kendall White, | |
| | Chapter 13 |
| Debtor. | |

## ORDER FOR COMPLIANCE WITH APPLICABLE RULES OF PROCEDURE REGARDING SERVICE AND NOTICE

THIS MATTER comes before the Court on the Motion to Disallow Proof of Claim No. 11 of Creditor Jeanette M. Sigala filed by Debtor Kelly Kendall White ("Movant") on January 25, 2024 (Docket No. 42). The Court finds that Movant has failed to comply with applicable rules of procedure, noted more specifically below:

[X] **Fed.R.B.P. 3007 (a)(2)(A)**: failure to serve a copy of the Claim Objection and 9013 notice on the Claimant **by first-class mail** to the person most recently designated on the claimant's original or amended proof of claim as the person to receive notices.

Accordingly, IT IS HEREBY ORDERED that Movant must cure the above-noted deficiency by the cure date listed below, failing which the Motion will be denied without further notice.

**Deficiency Cure Date: February 2, 2024.**

DATED this 26th day of January, 2024.

BY THE COURT:

*Kimberley H. Ty*

Kimberley H. Tyson
United States Bankruptcy Judge



*EXHIBIT 1*

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLORADO

In re:

Dr. Kelly Kendall White,

Debtor.

Bankruptcy Case No. 23-15137 KHT

Chapter 13

## ORDER FOR COMPLIANCE WITH APPLICABLE RULES OF PROCEDURE REGARDING SERVICE AND NOTICE

THIS MATTER comes before the Court on the Motion to Disallow Proof of Claim No. 10 of Creditor Vicki Anne Gesford filed by Debtor Kelly Kendall White ("Movant") on January 25, 2024 (Docket No. 40). The Court finds that Movant has failed to comply with applicable rules of procedure, noted more specifically below:

IXI  <u>Fed.R.B.P. 3007 (a)(2)(A)</u>: failure to serve a copy of the Claim Objection and 9013 notice on the Claimant **by first-class mail** to the person most recently designated on the claimant's original or amended proof of claim as the person to receive notices.

Accordingly, IT IS HEREBY ORDERED that Movant must cure the above-noted deficiency by the cure date listed below, failing which the Motion will be denied without further notice.

**Deficiency Cure Date: <u>February 2, 2024.</u>**

DATED this 26th day of January, 2024.

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge

*EXHIBIT 2 pages 1 of 2*

Vicki Gesford
4375 Pierce Street
Wheat Ridge, CO 80033
720 917 5114

Berken Cloyes PC
1159 Delaware Street
Denver, CO 80204
303 623 4357 Ext. 227

August 5, 2023

Dear Mr. Berken,

I am attaching documents pertaining to Kelly K. White, DDS regarding lack of payment for wages earned from January 1, 2023, through July 31, 2023 for myself, Jeanette Sigala and Sasha Dudnikoff.

Since the discovery of an OSHA compliance issue, the office was closed, and I was advised not to return by Alarik Skarstrom part owner of Denco Oasis Dental Associates, LLC.  Jeanette, however, was encouraged to stay on to help finish packing up the office, putting herself at risk in a documented hazardous environment.

Additionally, Mr. Skarstrom told me to "go have a nice vacation", said not to worry about the office and asked me for some deposit slips claiming he would be putting money into my account while I was gone.  I received several text messages from him reiterating the condition of the office and the pending bankruptcy for Dr. White and that the result was there was no more money, the office was closed and that I no longer had a job.  He also indicated the "Government" was going to be responsible for our back pay but that there would be a "cap" since it was to include some type of pay out for him, as well, even though he was not an employee of Dr. White.  Ever since he came into the office, he has been compensated financially with money earned from Dr. White's practice, but nothing has been paid out of the office nor has he invested any money into the office personally or through the new LLC., which he and Michelle Thornton, RDH formed on July 4, 2023.

He accused me of threatening Michelle and told me not to contact her because I mentioned I was going to seek some Legal advice.  There had been

a previous amicable working relationship with Michelle that has now been compromised because of his involvement. As a matter of fact, he used Dr. White's phone to contact me yesterday, which has breached any prior trust or confidence I had with Dr. White.

Since there was only speculation to retain employment as a part of the new business entity, Denco Oasis Dental Associates, a recommendation made to me, was to draw up a Separation Agreement which would enable the three of us to apply for Unemployment Benefits and search for work. As far as the ERTC that was applied for, there are no guarantees that the IRS will process it and still we will have to wait for our wages. To add to our ongoing stress and anxiety, Michelle and Alarik are now in total control of Dr. White's bank account, (DBA Auraria Dental Oasis), so even if the funds were deposited, we question whether our hours would even be called in to the Payroll Service.

For this reason, we are demanding payment of wages from all parties involved and notable penalties that will be assessed if payments are not made within 14 days of receiving this Demand. Both Mr. Skarstrom and Michelle Thornton promised to absorb Dr. White's debt prior to his bankruptcy and even if a bankruptcy is filed, the burden of responsibility falls on all parties to pay our wages since they have taken possession of all of Dr. White's assets except for the sale of his home in Golden, CO. Please note, we have not added in any raises as Alarik strongly suggested, so these are actual pay rates for the services we provided to our employer during the time of our employment.

We seek your assistance in this matter and look forward to being made whole financially, as promised, and per your initial consultation with Dr. Kelly White and Mr. Alarik Skarstrom regarding our backpay.

Thank you for your consideration.

Sincerely,


Vicki A. Gesford

*THIS COURTESY FORM IS PROVIDED BY THE DIVISION OF LABOR STANDARDS AND STATISTICS.*
*THE DIVISION HAS MADE NO DETERMINATION AS TO THE VALIDITY OF THE DEMAND.*

# DEMAND FOR PAYMENT OF WAGES   EXHIBIT 2

**TO:** Kelly K White, D.D.S., P.C.
(EMPLOYER/BUSINESS/COMPANY NAME)

Araria Dental Osis
(OWNER/OFFICER/MANAGER LIABLE FOR WAGES)

Kelly K. White
(MAILING ADDRESS)

1391 Speer Blvd., Suite 525
(CITY, STATE, ZIP)

Denver, Colorado 80204
(EMAIL ADDRESS)

**FROM:** Jeanette M. Sigala
(EMPLOYEE NAME)

E.D.D.A., Front Desk Receptionist
(JOB TITLE)

11603 Josephine St
(MAILING ADDRESS)

Thornton, Colorado 80233
(CITY, STATE, ZIP)

lsigala34@msn.com
(EMAIL ADDRESS)

Under Colorado Revised Statutes Title 8, Article 4, I formally demand the following wages I am owed:

*Total dollar amount that I believe I am owed:* $53,865.00(1539x$35)
*(the amount may be approximate, or subject to change if evidence shows a different amount)*

*Description of the wages or compensation owed (another sheet may be attached if needed):*

Total wages not received for period of 01/01/2023- 07/31/2023. Office closed and vacated due to OSHA compliance issue along with an eviction notification.

Under Colorado law, if, within 14 days of the sending of this demand, you fail to pay wages found to be owed, you will have violated Colorado labor law,* and will be **ordered to pay more than just the wages owed:**

- in addition to the full wages owed, **a penalty of 200% of the wages owed or $1,000.00,** whichever is greater (C.R.S. § 8-4-109);
- if the violation is found to be "willful," **the above penalty increases to 300% of the wages owed or $3,000.00,** whichever is greater; and
- fines of up to $50 per day, to the State of Colorado, from the date the wages became due (C.R.S. § 8-4-113).

For more on how penalties and fines increase liability for unpaid wages, see the Division's Employer FAQs resource.**

Please also note:

- If the Division finds an employer violated Colorado labor law, the Division publishes the violation on its website, on its spreadsheet of violations and/or its decisions webpage.
- **An individual owner, officer, manager, or supervisor — not just the employer as a business or entity — may be found to be personally liable for, and responsible to pay, all amounts owed for unpaid wages.**

**Please make payment to me by this method** *(select only 1 of 3 options and fill in the corresponding fields):*

☐ Mail to my address listed above

☐ Direct deposit or transfer to: ☐ My bank account you have on record for paying my wages; *or*

☐ This account #(_____) and routing #(_____)

☑ Other payment method: ADP Payroll method

*Jeanette M. Sigala*
Employee Signature

08/05/2023
Date

---

*All wages or compensation are due, and must be paid, on regular paydays by 10 days after each pay period ends, unless we agreed on a different period. C.R.S. § 8-4-103(1)(a). Employees who quit or resign must be paid the next regular payday; terminated employees must be paid immediately, with limited exceptions: if an accounting unit for payroll is offsite, 24 hours after its next regular workday starts; if that unit is not scheduled to operate that day, six hours after its next regular workday starts. C.R.S. § 8-4-109(1)(a),(b).
**https://cdle.colorado.gov/wage-hour-claim-investigations-employer-faqs.

*THIS COURTESY FORM IS PROVIDED BY THE DIVISION OF LABOR STANDARDS AND STATISTICS.*
*THE DIVISION HAS MADE NO DETERMINATION AS TO THE VALIDITY OF THE DEMAND.*

# DEMAND FOR PAYMENT OF WAGES   EXHIBIT 2

**TO:** Kelly K. White, D.D.S., P.C.
(EMPLOYER/BUSINESS/COMPANY NAME)

Kelly White, Michelle Thornton, Alarik Skarstrom
(OWNER/OFFICER/MANAGER LIABLE FOR WAGES)

Auraria Dental Oasis
(MAILING ADDRESS)

1391 Speer Blvd., Suite 525
(CITY, STATE, ZIP)

Denver, Colorado 80204
(EMAIL ADDRESS)

**FROM:** Vicki A Gesford
(EMPLOYEE NAME)

Office Manager, Front Desk
(JOB TITLE)

4375 Pierce Street
(MAILING ADDRESS)

Denver, Colorado 80033
(CITY, STATE, ZIP)

vgbzyb@yahoo.com
(EMAIL ADDRESS)

Under Colorado Revised Statutes Title 8, Article 4, I formally demand the following wages I am owed:

*Total dollar amount that I believe I am owed:* $21,187.50 (847.5 x $25)
*(the amount may be approximate, or subject to change if evidence shows a different amount)*

*Description of the wages or compensation owed (another sheet may be attached if needed):*
Total wages owed from 01/01/2023-07/31/2023.  Office closed and vacated due to an OSHA compliance issue and eviction.  Business acquired by parties above.

Under Colorado law, if, within 14 days of the sending of this demand, you fail to pay wages found to be owed, you will have violated Colorado labor law,* and will be **ordered to pay more than just the wages owed:**

- in addition to the full wages owed, **a penalty of 200% of the wages owed or $1,000.00**, whichever is greater (C.R.S. § 8-4-109);
- if the violation is found to be "willful," **the above penalty increases to 300% of the wages owed or $3,000.00**, whichever is greater; and
- fines of up to $50 per day, to the State of Colorado, from the date the wages became due (C.R.S. § 8-4-113).

For more on how penalties and fines increase liability for unpaid wages, see the Division's Employer FAQs resource.**

Please also note:

- If the Division finds an employer violated Colorado labor law, the Division publishes the violation on its website, on its spreadsheet of violations and/or its decisions webpage.
- **An individual owner, officer, manager, or supervisor — not just the employer as a business or entity — may be found to be personally liable for, and responsible to pay, all amounts owed for unpaid wages.**

**Please make payment to me by this method** *(select only 1 of 3 options and fill in the corresponding fields):*

☐ Mail to my address listed above

☐ Direct deposit or transfer to: ☐ My bank account you have on record for paying my wages; *or*

☐ This account #(_____) and routing #(_____)

☑ Other payment method: ADP Payroll Service

_____   08/05/2023
Employee Signature          Date

*All wages or compensation are due, and must be paid, on regular paydays by 10 days after each pay period ends, unless we agreed on a different period. C.R.S. § 8-4-103(1)(a). Employees who quit or resign must be paid the next regular payday; terminated employees must be paid immediately, with limited exceptions: if an accounting unit for payroll is offsite, 24 hours after its next regular workday starts; if that unit is not scheduled to operate that day, six hours after its next regular workday starts. C.R.S. § 8-4-109(1)(a),(b).
**https://cdle.colorado.gov/wage-hour-claim-investigations-employer-faqs.

*THIS COURTESY FORM IS PROVIDED BY THE DIVISION OF LABOR STANDARDS AND STATISTICS.*
*THE DIVISION HAS MADE NO DETERMINATION AS TO THE VALIDITY OF THE DEMAND.*

# DEMAND FOR PAYMENT OF WAGES     *EXHIBIT 2*

**TO:** Kelly K. White, D.D.S., P.C.
(EMPLOYER/BUSINESS/COMPANY NAME)

Auraria Dental Oasis
(OWNER/OFFICER/MANAGER LIABLE FOR WAGES)

Kelly White, Michelle Thornton, Alarik Skarstron
(MAILING ADDRESS)

1391 Speer Blvd., Suite 525
(CITY, STATE, ZIP)

Denver, Colorado 80204
(EMAIL ADDRESS)

**FROM:** Sasha Dudnikoff
(EMPLOYEE NAME)

Front Desk Reception
(JOB TITLE)

7475 W. 23rd Avenue
(MAILING ADDRESS)

Lakewood, Colorado 80214
(CITY, STATE, ZIP)

sashadeal4me@outlook.com
(EMAIL ADDRESS)

Under Colorado Revised Statutes Title 8, Article 4, I formally demand the following wages I am owed:

*Total dollar amount that I believe I am owed:* **$1,930.00 (96.5 x $20)**
*(the amount may be approximate, or subject to change if evidence shows a different amount)*

*Description of the wages or compensation owed (another sheet may be attached if needed):*

Total wages owed from 01/01/2023-03/31/2023.  Office closed and vacated due to an OSHA compliance issue and eviction notice.  ADO acquired by parties above.

Under Colorado law, if, within 14 days of the sending of this demand, you fail to pay wages found to be owed, you will have violated Colorado labor law,[*] and will be **ordered to pay more than just the wages owed:**

- in addition to the full wages owed, **a penalty of 200% of the wages owed or $1,000.00**, whichever is greater (C.R.S. § 8-4-109);
- if the violation is found to be "willful," **the above penalty increases to 300% of the wages owed or $3,000.00**, whichever is greater; and
- fines of up to $50 per day, to the State of Colorado, from the date the wages became due (C.R.S. § 8-4-113).

For more on how penalties and fines increase liability for unpaid wages, see the Division's Employer FAQs resource.[**]
Please also note:

- If the Division finds an employer violated Colorado labor law, the Division publishes the violation on its website, on its spreadsheet of violations and/or its decisions webpage.

- **An individual owner, officer, manager, or supervisor — not just the employer as a business or entity — may be found to be personally liable for, and responsible to pay, all amounts owed for unpaid wages.**

**Please make payment to me by this method** *(select only 1 of 3 options and fill in the corresponding fields):*

☐ Mail to my address listed above

☐ Direct deposit or transfer to: ☐ My bank account you have on record for paying my wages; *or*

☐ This account #(_____) and routing #(_____)

☑ Other payment method: ADP Payroll Service

Employee Signature _____

08/05/2023
Date

---

*All wages or compensation are due, and must be paid, on regular paydays by 10 days after each pay period ends, unless we agreed on a different period. C.R.S. § 8-4-103(1)(a). Employees who quit or resign must be paid the next regular payday; terminated employees must be paid immediately, with limited exceptions: if an accounting unit for payroll is offsite, 24 hours after its next regular workday starts; if that unit is not scheduled to operate that day, six hours after its next regular workday starts. C.R.S. § 8-4-109(1)(a),(b).
**https://cdle.colorado.gov/wage-hour-claim-investigations-employer-faqs.

EHIBIT 2
pgs 1 of 2

Vicki Gesford
4375 Pierce Street
Wheat Ridge, CO 80033
720 917 5114

Berken Cloyes PC
1159 Delaware Street
Denver, CO 80204
303 623 4357 Ext. 227

August 8, 2023

Dear Mr. Berken,

After giving it some thought, this is a follow up letter from August 5, 2003 whereby I would like to share more information pertinent to my dismissal.

I was formally asked not to come into the office after the OSHA compliance issue was found except for cancelling patients that were in the schedule for hygiene and treatment that was supposed to be completed because Jeanette was out of town attending a funeral.  There were patients in the schedule that had appointments because Jeanette booked them to which I left messages to cancel and did not have any indication of when to reschedule.  Jeanette took it upon herself to schedule the appointments I had cancelled because we were supposed to get the cases from the lab, which did not happen, apparently because the lab was requesting payment.  Mr. Skarstrom told me the lab was willing to work with us, but some patients were not able to receive their permanent crowns.  One patient, Rochelle Cohen a friend of Dr. White's, Jeanette booked for Dr. White to perform a crown prep and the lab sent the case, so Jeanette scheduled her to cement the permanent crown.  I was asked to come into the office for a few extra hours to pack up important documents that were stored in my drawer at the front desk on July 14, 2023, before leaving town, but nothing was said to me when Alarik stopped by the office to pick up another check.  I was supposed to meet with Alarik and Michelle when I got back from my vacation about this issue, but I just could not bear the thought of him yelling at me about something I did not do to his liking or specifications as much as I tried to explain it wasn't me.

The truth of the matter was that we had gotten to a point where he had helped cleaned up all the fraudulent activity in Dr. White's business account and a

new one was opened.  We took Dr. White off the account, and I became the only signer.  We were starting to turn the corner when he told me he wanted to be paid the money that Dr. White owed him for supporting him for many years.  Although my loyalty was to Dr. White, Alarik started making decisions because he was given legal authority.  He was allocating money for Jeanette and I each week to sustain us and was also asking for funds for himself.  Maybe if we had had a bit more time to build up the business account, or even if the refinance of his house had gone through, things would have been different, but everything happens for a reason, doesn't it?

Jeanette and I put in many long hours working to improve and maintain Dr. White's dental practice for the past 18 months.  I never thought I would be terminated so abruptly, since there was an exit letter Michelle composed stating that we would remain an integral part of the new company they were forming.  I tried my best to help with this endeavor but was told they did not need my help.  This was texted to me by Alarik on Sunday, July 23, 2023, while I was on vacation with my family.  When I asked Michelle if she would be willing to make a deposit of $1000.00 in my account to help me cover my first of the month expenses, Alarik sent me a message from Michelle's phone instructing me not to have any more contact with her because seeking legal advice with the Department of Labor and Employment was perceived as a threat.  I needed to ask some questions about pursuing Unemployment Benefits because we had no formal Separation Agreement from Dr. White and there were no earnings reported.  I sent the Demand for Payment of Wages because we need to get paid for tax purposes and waiting on the Government is too frustrating when we continued to work because our pay was promised.  Plus, we really don't know what type of health issues we may face in the future due to the biohazard we were exposed to all those months.

I hope you can understand things from my perspective.  It was hard watching the demise of Dr. White's business and his subsequent decline in health.  I tried to show compassion toward him because I could sense there was something wrong that wasn't his fault.  I really do hope he can live out a good quality of life and Alarik will follow through with his vow to look after him.

Sincerely,

Vicki A. Gesford

EXHIBIT 2

## RE: Follow Up to Demand for Payment of Wages

From:   Ms Vicki (vgbzyb@yahoo.com)

To:     stephenberkenlaw@gmail.com

Cc:     sean@berkencloyes.com; calley@realestateproscolorado.com; drkkwhite@gmail.com; vgbzyb@yahoo.com;
        lsigala34@msn.com; sashadeal4me@outlook.com; michellethornton@msn.com; alarik61@gmail.com

Date:   Sunday, October 29, 2023 at 06:45 PM MDT

Greetings Mr. Berken and all included Recipients:

This is in regard to our request for payment owed to us by Kelly K. White, D.D.S., P.C. and the forms submitted for payment of wages owed dated August 5, 2023; shortly after our employment with Dr. White was terminated effective July 31, 2023..

At that time, Dr. White agreed to sign Separation Agreements on our behalf proving our employment which allowed us to apply for Unemployment Benefits and seek work..

During the time we were employed, Dr. White's dental practice declined financially due to various funding advancements and a failed reverse mortgage. In the end, we received our December 2022 pay in January 2023 and have not received any 2023 earnings since then. We are concerned about our taxes for the year and would really like to receive the money owed to us for putting in extremely long hours and fulfilling our duties by trying to keep the practice operational..

Unfortunately, promises were made to us prolonging our employment and we do not know what the next step is with regard to the sale of Dr. White's home and the Quarterly Employee Retention Tax Credits that he qualified for. Dr. White had allocated Alarik Skarstrom to legally oversee his creditors and from what we were told, stated there would be some type of compensation for us through the ERTC, the Sale of his home or the Chapter 7 Bankruptcy. Throughout this process, Dr. White's business and all of his assets have been procured by Michelle Thornton, RDH and Mr. Skarstrom who both had agreed to absorb the debt on Dr. White's behalf.

I spoke with the PEO at Intandem, Pete Sartoris, who's company was responsible for submitting the 2020-2021 payroll to the IRS and he indicated all of the approved documents had been submitted for the disbursements. He also verified that he had received a voided check from Dr. White's new bank account so that our back pay could be called in through ADP. Since all of the funds have been depleted, is there any way Jeanette, Sasha and I could be assured we will receive our 2023 monies respectively; as to when and how?

Please respond with any insights, suggestions and/or resolve that may be advantageous to us. We have done our best to be patient in regard to this matter and would like nothing better than to close this chapter and get on with our lives.

Thank you.

Vicki Gesford
720 917 5114

EXHIBIT 3

# Auraria Dental Oasis

1391 Speer Blvd., Suite 525
Denver, Colorado 80204
303 573 5533

July 31, 2023

To whom it may concern,

The following is a Separation Agreement between me, Kelly K. White, D.D.S., P.C., DBA as Auraria Dental Oasis and Sasha Dudnikoff, Front Desk Receptionist.

Due to unforeseen circumstances my office has closed, and I have made the decision to retire as a practicing General Dentist.

Sasha began her employment in July 2022 and worked as a part-time front desk receptionist. The position required her to answer phones, schedule patients and help with accounts receivable. She was adept with the computer software and navigated the system quite easily. Not having any prior dental experience, she was a quick learner and became proficient in the tasks assigned to her. Patients found her to be cheerful, personable, engaging and conscientious.

With that being said, I would highly recommend Sasha Dudnikoff for introductory employment in the dental industry to enable her to grow into a long-term position.

Thank you for your consideration.

Sincerely,

Dr. Kelly K. White

*EXHIBIT 3*

# Auraria Dental Oasis

1391 Speer Blvd., Suite 525
Denver, Colorado 80204
303 573 5533

July 31, 2023

To whom it may concern,

The following is a Separation Agreement between me, Kelly K. White, D.D.S., P.C., DBA as Auraria Dental Oasis and Jeanette M. Sigala, Chairside Edda/Front Office.

Due to unforeseen circumstances my office has closed, and I have made the decision to retire as a practicing General Dentist.

Jeanette has been my faithful employee for over 42 years. She started with me on September 9, 1981, at my original office, Auraria Dental Center at 1443 Kalamath Street in Denver, Colorado 80204 which relocated to 1050 W. Colfax Avenue, Unit G, Denver, Colorado 80204 in August 2002. She was instrumental in moving the entire office and then moved the office a second time to my present location 1391 Speer Blvd, Suite 525 Denver, Colorado 80204. She has an amazing rapport with patients, speaking both English and Spanish and is highly skilled in performing Expanded Duties and in general chairside assisting. She has always made herself available to work until the job was done and is extremely detail orientated. Jeanette is also experienced in operating the front desk and all aspects of scheduling, billing, collections, insurance processing and pre-authorizations. Her nature is to be helpful and accommodating to patients, making them feel comfortable in an often-uncomfortable situation. I have thoroughly appreciated her service as an integral part of my practice all these years.

With that being said, I would highly recommend Jeanette Sigala for employment in all aspects of General Dentistry.

Thank you for your consideration.

Sincerely,

Dr. Kelly K. White

*EXHIBIT 3*

# Auraria Dental Oasis

1391 Speer Blvd., Suite 525
Denver, Colorado 80204
303 573 5533

July 31, 2023

To whom it may concern,

The following is a Separation Agreement between me, Kelly K. White, D.D.S., P.C., DBA as Auraria Dental Oasis and Vicki A. Gesford, Receptionist/Office Manager.

Due to unforeseen circumstances my office has closed, and I have made the decision to retire as a practicing General Dentist.

Vicki began her employment with me in 1990 as a front desk receptionist whereby she worked for approximately 4 years in downtown Denver. Upon her re-hiring on February 2, 2022, she has proven herself to be a valuable, experienced, reliable and loyal employee. She was also an asset in the back office, helping me at chair-side, assisting with patient care and performing expanded duties when necessary. Our patients enjoyed and appreciated her friendly and professional demeanor, and she was instrumental in navigating the tedious tasks and duties associated with the relocation of my practice. A big part of her responsibility was to verify benefits with numerous Insurance Companies to ensure the office was up to date with the move and patients were covered by their plans. She was very good at explaining benefits to our patients and collected co-payments readily. Vicki also took care of the billing, accounts receivable and managed our appointment schedule efficiently. She worked well with the other staff members and pitched in whenever we were shorthanded.

With that being said, I would highly recommend Vicki Gesford for employment in all aspects of the Dental Industry.

Thank you for your consideration.

Sincerely,

Dr. Kelly K. White

Fill in this information to identify the case:

Debtor 1 **Kelly K. White, DDS, PC**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number **23-15137**



*EXHIBIT 4*

FILED
CLERK ___ COURT
NOV 2 0 2023

## Official Form 410

# Proof of Claim
12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | **Jeanette M Sigala** <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| **2. Has this claim been acquired from someone else?** | ☑ No <br> ☐ Yes. From whom? _____ |

| | | |
|---|---|---|
| **3. Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? <br><br> **Jeanette M Sigala** <br> Name <br> **11603 Josephine Street** <br> Number         Street <br> **Thornton         CO         80233** <br> City         State         ZIP Code <br><br> Contact phone **720 231 8750** <br><br> Contact email _____ <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br><br> ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ | Where should payments to the creditor be sent? (if different) <br><br> Name _____ <br><br> Number         Street <br><br> City         State         ZIP Code <br><br> Contact phone _____ <br><br> Contact email _____ |

| | |
|---|---|
| **4. Does this claim amend one already filed?** | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____  Filed on _____ <br> MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 9 _ 3 _ 4 _ 7 _

**7. How much is the claim?** $_____53,865.00 Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_Wages earned from 01/01/2023–07/31/2023_

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                              $_____
Amount of the claim that is secured:            $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☑ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ 12,475. |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   11/15/2023
                   MM / DD / YYYY

Signature   *Jeanette M. Sigala*

Print the name of the person who is completing and signing this claim:

Name   Jeanette       Marcella       Sigala
       First name     Middle name    Last name

Title   EDDA Dental Asst

Company   _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   11603   Josephine   st
          Number  Street

          Thornton          Co       80233
          City              State    ZIP Code

Contact phone   720-231-8750          Email   LSigala 34@MSN.C

Official Form 410                Proof of Claim                page 3



| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Kelly K. White, DDS, PC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: _____ District of _____ | |
| Case number | 23-15137 |

EXHIBIT 4

## Official Form 410

# Proof of Claim
12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received

---

### Part 1:   Identify the Claim

**1. Who is the current creditor?**
Vicki A Gesford
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Vicki A Gesford
Name

4375 Pierce Street
Number      Street

Wheat Ridge      CO      80033
City            State      ZIP Code

Contact phone 720 917 5114

Contact email _____

Where should payments to the creditor be sent? (if different)

Name _____

Number      Street _____

City            State      ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**
☑ No
☐ Yes.   Claim number on court claims registry (if known) _____      Filed on _____
                                                                                    MM / DD   / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes.   Who made the earlier filing? _____

---

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 9   3   4   7 |
| 7. How much is the claim? | $            21,456.25   Does this amount include interest or other charges?<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Wages earned from 01/01/2023-07/31/2023 |

| | |
|---|---|
| 9. Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**                    $_____<br>**Amount of the claim that is secured:**   $_____<br>**Amount of the claim that is unsecured:** $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.<br><br>**Amount necessary to cure any default as of the date of the petition:**   $_____<br><br>**Annual Interest Rate (when case was filed)_____%**<br>☐ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____ |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. Check one:

| | Amount entitled to prio... |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☑ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ 8,306. |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment

---

**Part 3:    Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   11/18/2023
                    MM / DD / YYYY

Signature _Victhi Gford_

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | VICKI | ANNE | GESFORD |
| | First name | Middle name | Last name |

Title    OFFICE MANAGER, FRONT DESK

Company
_____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    4375 PIERCE STREET
           Number    Street

           WHEATRIDGE          Co          80033
           City                State       ZIP Code

Contact phone   720 917 5114          Email   vgbzgb@yahoo.Co...

Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Kelly K. White, DDS, PC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Colorado |
| Case number | 23-15137-KHT |



FILED
CLERK [...] COURT

NOV 2 0 2023

[...]

EXHIBIT 4

### Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 603.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

**1. Who is the current creditor?**

Sally  Dudnikoff
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor   Sasha Dudnikoff

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Sally  Dudnikoff
Name

7475 W.23rd Avenue
Number       Street

Lakewood          CO          80214
City                State          ZIP Code

Contact phone 303 883 5451

Contact email sashadeal4me@outlook.com

Where should payments to the creditor be sent? (if different)

Sally Dudnikoff
Name

7475 W.23rd Avenue
Number       Street

Lakewood, Co 80214
City                State          ZIP Code

Contact phone 303 883-5451

Contact email sashadeal4me@outlook.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one).

____ ____ ____ ____ ____ ____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____     Filed on _____
MM  / DD   / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 9 __ 3 __ 4 __ 7

**7. How much is the claim?**

$ _____ 1,930.00 . Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Wages earned from 01/01/2023-07/31/2023

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:  $ _____

Amount of the claim that is secured:  $ _____

Amount of the claim that is unsecured:  $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:  $ _____

Annual Interest Rate (when case was filed) _____ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.  $ _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Official Form 410

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. Check one:

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $ _____

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $ _____

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.  $ _____

\* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:   Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    11/12/2023
                    MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Sally | Ann | Dudnikoff |
| | First name | Middle name | Last name |
| Title | Front Desk Receptionist | | |
| Company | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 7475 W 23 rd.   Ave | | |
| | Number   Street | | |
| | Lakewood | CO | 80214 |
| | City | State | ZIP Code |
| Contact phone | 303 883-5451 | Email | sashadeal4me@outlook.com |

---

[ Print ]    [ Save As... ]    [ Add Attachment ]              [ Reset ]

Official Form 410

# BERKEN | CLOYES

Stephen E. Berken, Esq.
stephenberkenlaw@gmail.com

Sean Cloyes, Esq.
sean@berkencloyes.com

EXHIBIT 4

January 17, 2024

Jeanette Sigala
11603 Josephine Street
Thornton, CO 80233

      Re:   Kelly White
           Chapter 13—23-15137

Dear Ms. Sigala:

Greetings.  You filed a proof of claim on November 20, 2023.

Unfortunately, it identifies Gesford and not you.  I suggest you amend it.

More importantly, I have concerns about the amount you claim is owed.  I am informed that you received $12,000 in 2023.  I am unclear whether the amount you claim is owed ($53,865.25).  I ask that you provide an accounting (calculations) to support your claim.  Time is of the essence.  Kindly produce that analysis by Friday, January 19, 2024.  An email is fine.

Further, I am informed that the office was operated at a time when it was not in compliance with OSHA.  The breach with the evacuation system was confirmed on July 5, 2023 by Patterson Dental.  (The evacuation system is the high and slow speed suction that removes water, blood, and other potentially infectious materials (OPIM) from the mouth during dental procedures.)

The hose from the evacuation system was not connected to a drain, due to incomplete construction by the contractor, to dispose of the OPIM.  Dr. White placed the evacuation system hose into a plastic bucket in the mechanical closet and dumped the contents into toilet on a daily basis.  These actions allowed the OPIM to sit in the bucket throughout the day and expose the staff and **patients** to various viruses i.e. HIV, Hepatitis B, Hepatitis C, and tuberculosis.

You were informed of this OSHA breach on July 6, 2023 and told not to continue to schedule patients.  However, patients continued to be scheduled "to complete treatment."  Likely, the breach had existed for several months prior to July 2023.

1159 Delaware Street, Denver, CO  80204      T 303.623.4357  F 720.554.7853
415 W. Bijou St., Colorado Springs, CO  80905 T 719-520-0003

PAGE 2

The only reason patient care at Auraria Dental Oasis ceased was due to the eviction notice of July 18, 2023. **Given your role at the practice, it seems to me you ignored the OSHA mandates to continue accruing payroll.**

Kindly provide me with your position why you are entitled to all of the $53,865.25 at a time you were aware of the violation. I am open to settlement discussions as to your claim. Call me if you desire.

Sincerely,

*/s/ Stephen Berken*

cc: White, K.

# BERKEN | CLOYES

Stephen E. Berken, Esq.                                                        Sean Cloyes, Esq.
stephenberkenlaw@gmail.com                                      sean@berkencloyes.com

January 17, 2024                    *EXIBIT 4*

Vicki Gesford
4375 Pierce Street
Denver, CO 80033                              via email: *vgbzyb@yahoo.com*

        Re:    Kelly White
               Chapter 13—23-15137

Dear Ms. Gesford:

Greetings.  You filed a proof of claim on November 20, 2023.  You indicate you are
owed $21,456.25 of wages.

I have concerns about the amount you claim is owed.  I am informed that you
received $13,000 in 2023.  I am unclear whether the amount you claim is owed
(i.e., $21,456.25) is accurate.  I ask that you provide an accounting (calculations)
to support your claim.  Time is of the essence.  Kindly produce that analysis by
Friday, January 19, 2024.   An email is fine.

Further, I am informed that the office was operated at a time when it was not in
compliance with OSHA.  The breach with the evacuation system was confirmed on
July 5, 2023 by Patterson Dental.  (The evacuation system is the high and slow
speed suction that removes water, blood, and other potentially infectious materials
(OPIM) from the mouth during dental procedures.)

The hose from the evacuation system was not connected to a drain, due to
incomplete construction by the contractor, to dispose of the OPIM.  Dr. White
placed the evacuation system hose into a plastic bucket in the mechanical closet
and dumped the contents into toilet on a daily basis.  These actions allowed the
OPIM to sit in the bucket throughout the day and expose the staff and **patients** to
various viruses i.e. HIV, Hepatitis B, Hepatitis C, and tuberculosis.

You were informed of this OSHA breach on July 6, 2023 and told not to continue
to schedule patients.  However, patients continued to be scheduled "to complete
treatment."  Likely, the breach had existed for several months prior to July 2023.

1159 Delaware Street, Denver, CO  80204      T 303.623.4357  F 720.554.7853
415 W. Bijou St., Colorado Springs, CO  80905 T 719-520-0003

BERKEN CLOYES
PAGE 2

The only reason patient care at Auraria Dental Oasis ceased operations was due to the eviction notice of July 18, 2023. **Given your role at the practice, it seems to me you ignored the OSHA mandates to continue accruing payroll.**

Kindly provide me with your position why you are entitled to all of the $21,456.25 at a time you were aware of the violation. I am open to settlement discussions as to your claim. Call me if you desire.

Sincerely,

*/s/ Stephen Berken*

cc: White, K.

SEQ 000066
**Company Code**     **Loc/Dept**     **Number  Page**
**KL / JDA 27087985   01/**     **8666174  1 of 1**
KELLY K WHITE DDS
1050 W Colfax Ave Ste G
Denver, CO 80204-2071

**Earnings Statement**     ADP

Period Starting:     12/01/2022
Period Ending:     12/15/2022
Pay Date:     01/30/2023

EXHIBIT 5
3 pages

**Jeanette Sigala**
**11603 Josephine St**
**Thornton, CO 80233**

Taxable Filing Status: Married
Exemptions/Allowances:
   Federal:   Std W/H Table
   State:   0
   Local:   0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:  0.00 Addnl
  Local:

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 35.0000 | 69.00 | 2415.00 | 2415.00 |
| Overtime | 52.5000 | 5.50 | 288.75 | 288.75 |
| Sick | 35.0000 | 24.00 | 840.00 | 840.00 |
| **Gross Pay** | | | **$3,543.75** | **$3,543.75** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -268.42 | 268.42 |
| Social Security | -219.71 | 219.71 |
| Medicare | -51.38 | 51.38 |
| Colorado State Income | -139.43 | 139.43 |
| Colorado Paid Family | -15.95 | 15.95 |
| Denver Local Income | -5.75 | 5.75 |
| **Net Pay** | | **$2,843.11** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 74.50 | 74.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4051 | XXXXXXXXX | 2843.11 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are  $3,543.75

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

KELLY K WHITE DDS
1050 W Colfax Ave Ste G
Denver, CO 80204-2071

**Pay Date:**     01/30/2023

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4051 | XXXXXXXXX | 2843.11 |

SEQ 000071
**Company Code** **Loc/Dept** **Number** **Page**
**KL / JDA 27087985 01/** **8666218** 1 of 1
KELLY K WHITE DDS
1050 W Colfax Ave Ste G
Denver, CO 80204-2071

**Earnings Statement**



Period Starting: 12/16/2022
Period Ending: 12/31/2022
Pay Date: 01/30/2023

Taxable Filing Status: Married
Exemptions/Allowances:
    Federal: Std W/H Table
    State: 0
    Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
    Federal: 0.00 Addnl
    State: 0.00 Addnl
    Local:

**Jeanette Sigala**
**11603 Josephine St**
**Thornton, CO 80233**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 35.0000 | 40.00 | 1400.00 | 3815.00 |
| Overtime | 52.5000 | 2.25 | 118.13 | 406.88 |
| Vacation | 35.0000 | 40.00 | 1400.00 | 1400.00 |
| Sick | | | 0.00 | 840.00 |
| Holiday | 35.0000 | 8.00 | 280.00 | 280.00 |
| **Gross Pay** | | | **$3,198.13** | **$6,741.88** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -226.94 | 495.36 |
| Social Security | -198.29 | 418.00 |
| Medicare | -46.38 | 97.76 |
| Colorado State Income | -124.22 | 263.65 |
| Colorado Paid Family | -14.39 | 30.34 |
| Denver Local Income | 0.00 | 5.75 |
| **Net Pay** | **$2,587.91** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 42.25 | 116.75 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4051 | XXXXXXXXX | 2587.91 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $3,198.13

VERIF / DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

KELLY K WHITE DDS
1050 W Colfax Ave Ste G
Denver, CO 80204-2071

**Pay Date:** 01/30/2023

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4051 | XXXXXXXXX | 2587.91 |

DocuSign Envelope ID: F7301528-A5BD-4AA6-B629-0E13DFA2B4FE

302075694 - Zing Credit Union

Friday, February 2, 2024 12:05 PM CT

| Captured Date | Sequence # | HL | Check # | Routing # | MICR Account | TC | Amount | Branch # | Teller | Depositor Account # |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/23/2023 | 57631705 | | 0 | 107005047 | 9192805235 | 4112 | $500.00 | 12 | 1109 | |

NSF

**KELLY K. WHITE**
804 NEVILLE LN.
GOLDEN, CO 80401

82-504/1070

4112

DATE 3/22/23

PAY TO THE ORDER OF _Jeanette Sigala_ | $ 500⁰⁰

_One hundred a nd no/100_ DOLLARS

**1STBANK**
www.efirstbank.com
(800) 964-3444

MEMO _____

⑈107005047⑈9192805235⑈ 4112

>302075694< - 12
1109 – 137038351
03/23/2023 - 18:00:27

ENDORSE HERE
Jeanette M. Sigala
acc# 9877405

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

SEQ 000065
**Company Code**      **Loc/Dept**
**KL / JDA 27087985    01/**
KELLY K WHITE DDS
1050 W Colfax Ave Ste G
Denver, CO 80204-2071

**Number  Page**
**8666173  1 of 1**

# Earnings Statement



Period Starting:   12/01/2022
Period Ending:    12/15/2022
Pay Date:        01/30/2023

EXHIBIT S
3 pages

Taxable Filing Status: Single
Exemptions/Allowances:
   Federal:   Std W/H Table
   State:    0
   Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
   Federal:   0.00 Addnl
   State:    0.00 Addnl
   Local:

**Vicki Gesford**
**4375 Pierce Street**
**Wheat Ridge, CO 80033**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 50.50 | 1010.00 | 1010.00 |
| Sick | 20.0000 | 8.00 | 160.00 | 160.00 |
| **Gross Pay** | | | **$1,170.00** | 1,170.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -61.98 | 61.98 |
| Social Security | -72.54 | 72.54 |
| Medicare | -16.97 | 16.97 |
| Colorado State Income | -43.23 | 43.23 |
| Colorado Paid Family | -5.27 | 5.27 |
| Denver Local Income | -5.75 | 5.75 |
| **Net Pay** | **$964.26** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 50.50 | 50.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3242 | XXXXXXXXX | 964.26 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $1,170.00

VERIFY DOCUMENT AUTHENTICITY-COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

KELLY K WHITE DDS
1050 W Colfax Ave Ste G
Denver, CO 80204-2071

**Pay Date:**      01/30/2023

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3242 | XXXXXXXXX | 964.26 |

SEQ 000070
**Company Code**   **Loc/Dept**   **Number**   **Page**
KL / JDA 27087985   01/   8666217   1 of 1
KELLY K WHITE DDS
1050 W Colfax Ave Ste G
Denver, CO 80204-2071

# Earnings Statement



Period Starting:   12/16/2022
Period Ending:   12/31/2022
Pay Date:   01/30/2023

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:   Std W/H Table
  State:   0
  Local:   0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:   0.00 Addnl
  State:   0.00 Addnl
  Local:

**Vicki Gesford**
**4375 Pierce Street**
**Wheat Ridge, CO 80033**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 59.50 | 1190.00 | 2200.00 |
| Sick | | | 0.00 | 160.00 |
| Holiday | 20.0000 | 8.00 | 160.00 | 160.00 |
| **Gross Pay** | | | **$1,350.00** | **$2,520.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -83.58 | 145.56 |
| Social Security | -83.70 | 156.24 |
| Medicare | -19.57 | 36.54 |
| Colorado State Income | -51.15 | 94.38 |
| Colorado Paid Family | -6.08 | 11.35 |
| Denver Local Income | 0.00 | 5.75 |
| **Net Pay** | **$1,105.92** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 59.50 | 110.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3242 | XXXXXXXXX | 1105.92 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,350.00

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

KELLY K WHITE DDS
1050 W Colfax Ave Ste G
Denver, CO 80204-2071

**Pay Date:**   01/30/2023

**Deposited to the account**
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3242 | XXXXXXXXX | 1105.92 |

THIS IS NOT A CHECK

*121100782*
03/28/2023
436

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

NSF

39447 3875 03/23/2023

[121100782]

**NSF**

KELLY K. WHITE
804 NEVILLE LN.
GOLDEN, CO 80401

82-504/1070

4111

DATE 3/22/23

PAY TO
THE ORDER OF   Vicky Gesford                     $ 500 00

fine hundred nl                    DOLLARS

1STBANK   www.efirstbank.com
(800) 964-3444

MEMO _____

⑆107005047⑆9192805235⑈ 4111

4⑆107005047⑆9192805235⑈ 4111          ⑈00000050000⑈

Jeanette M. Sigala

EXHIBIT 6

| Month | Wage | Hours | Pay | Overtime Hours | OTWage | OT Pay | |
|---|---|---|---|---|---|---|---|
| Jan | 35 | 200 | $ 7,000.00 | 5.75 | 52.5 | $ 301.88 | |
| Feb | 35 | 176.75 | $ 6,186.25 | 8.5 | 52.5 | $ 446.25 | |
| March | 35 | 181 | $ 6,335.00 | 8.5 | 52.5 | $ 446.25 | |
| April | 35 | 178 | $ 6,230.00 | 13.5 | 52.5 | $ 708.75 | |
| May | 35 | 201 | $ 7,035.00 | 13.5 | 52.5 | $ 708.75 | |
| June | 35 | 170 | $ 5,950.00 | 10.25 | 52.5 | $ 538.13 | |
| July | 35 | 173.25 | $ 6,063.75 | 6 | 52.5 | $ 315.00 | |
| | | | $44,800.00 | | | $3,465.00 | $48,265.00 |
| | | | | | | | |
| Vacation | 35 | 160 | $ 5,600.00 | | | | $ 5,600.00 |
| | | | | | | Total | $53,865.00 |

VICKI GESFORD                                                     EXHIBIT 6

| Month | Wage | | Hours | Pay | | Holiday | | Wage | | Pay | |
|-------|------|----|--------|----|------------|------|----|------|----|----|--------|
| Jan | | 25 | 116.25 | $ | 2,906.25 | 8 | | 25 | $ | 200.00 |
| Feb | | 25 | 85.25 | $ | 2,131.25 | 0 | | 25 | $ | - |
| March | | 25 | 105.25 | $ | 2,631.25 | 0 | | 25 | $ | - |
| April | | 25 | 118.75 | $ | 2,968.75 | 0 | | 25 | $ | - |
| May | | 25 | 122.25 | $ | 3,056.25 | 8 | | 25 | $ | 200.00 |
| June | | 25 | 134.75 | $ | 3,368.75 | 0 | | 25 | $ | - |
| July | | 25 | 72 | $ | 1,800.00 | 16 | | 25 | $ | 400.00 |
| | | | | $ | 18,862.50 | | | | $ | 800.00 |

| Sick | | | | | | Vacation | | | | |
|-------|------|----|--------|----|--------|------|----|--------|----|--------|
| Month | Wage | | Hours | Pay | | Wage | | Hours | Pay | |
| Jan | | 25 | 0 | $ | | 25 | | | $ | |
| Feb | | 25 | 24 | $ | 600.00 | 25 | | | $ | |
| March | | 25 | 0 | $ | - | 25 | | 8 | $ | 200.00 |
| April | | 25 | 0 | $ | - | 25 | | 0 | $ | - |
| May | | 25 | 0 | $ | - | 25 | | 0 | $ | - |
| June | | 25 | 0 | $ | - | 25 | | 0 | $ | - |
| July | | 25 | 0 | $ | - | 25 | | 48 | $ | 1,200.00 |
| June | | 25 | 0 | $ | - | 25 | | 0 | $ | - |
| | | | | $600.00 | | | | | $1,400.00 | |

| Total | | | | $21,662.50 | |



**FIRSTBANK**
PO BOX 150097
LAKEWOOD CO 80215-0097

*EXHIBIT 7*
*2 pages*

PAGE 1
24-Hour Customer Service: 303-237-5000
or 800-964-3444 outside Denver Metro
New Account or Loan: 303-238-9000
or 877-933-9800 outside Denver Metro
www.efirstbank.com



| | |
|---|---|
| ACCOUNT NUMBER | XXX-XXX-2747 |
| STATEMENT DATE | 7-31-2023 |
| INTEREST EARNED THIS YEAR | N/A |

KELLY K WHITE DDS PC
DBA AURARIA DENTAL OASIS
1391 SPEER BLVD STE 525
DENVER CO 80204-2571

## ACCOUNT SUMMARY - - CHECKING ACCOUNT - SAFEKEEPING

| | | |
|---|---|---|
| CLOSING BALANCE FROM PREVIOUS STATEMENT.............................................DATE: 6-30-2023 | | 1,115.71 |
| 21 DEPOSITS AND OTHER ADDITIONS TOTALING............................................ | | 10,861.26+ |
| 25 CHECKS AND OTHER WITHDRAWALS TOTALING............................................ | | 11,767.82- |
| CLOSING BALANCE FOR THIS STATEMENT.....................................DATE: 7-31-2023 | | 209.15 |

MINIMUM BALANCE OF   38.77   ON.............................   7-28-2023

## CHECKS AND OTHER WITHDRAWALS        *SHOWS BREAK IN CHECK NUMBER,   #SHOWS NOT MACHINE READABLE

| CHECK#.......................AMOUNT....DATE | CHECK#.......................AMOUNT....DATE | CHECK#.......................AMOUNT....DATE |
|---|---|---|
| 117 | 800.00 7 - 14 | 164 | 2,300.00 7 - 11 | 170* | 1,000.00 7 - 28 |
| 161* | 264.00 7 - 07 | 165 | 175.00 7 - 18 | 171 | 1,000.00 7 - 27 |
| 162 | 1,100.00 7 - 07 | 166 | 1,000.00 7 - 20 | | |
| 163 | 300.00 7 - 07 | 167 | 1,000.00 7 - 19 | | |

## ELECTRONIC AND MISCELLANEOUS WITHDRAWALS

| DATE | AMOUNT | DESCRIPTION | | | CARD NBR |
|---|---|---|---|---|---|
| 7 - 03 | 24.70 | VISA | OUTBACK #0620 | GOLDEN | CO ON 06-30 3709 |
| 7 - 05 | 51.01 | VISA | SUSHI NEKO | ARVADA | CO ON 07-03 3709 |
| 7 - 05 | 120.15 | VISA | 8X8, INC. | 888-898-8733 | CA ON 07-03 1335 |
| 7 - 06 | 816.60 | VISA | INSURANCE* DENTIST ADV RECURRING PURCHASE | WWW.HPSOCOVER | PA ON 07-05 1335 |
| 7 - 10 | 425.00 | VISA | STRAUMANN USA, LLC | 800-448-1868 | MA ON 07-07 1335 |
| 7 - 10 | 224.41 | VISA | COMCAST DENVER | 800-266-2278 | CO ON 07-07 1335 |
| 7 - 10 | 100.90 | VISA | KING SOOPERS #00 1331 SPE | DENVER | CO ON 07-10 3709 |
| 7 - 10 | 88.52 | MonthlyFee | CLEARENT LLC | 588000000739581 | |
| 7 - 11 | 303.50 | VISA | THE GENERAL 800 280 146 | 800-2801466 | TN ON 07-10 1335 |
| 7 - 12 | 13.20 | VISA | KING SOOPERS #00 1331 SPE | DENVER | CO ON 07-12 3709 |
| 7 - 13 | 162.00 | VISA | STRAUMANN USA, LLC | 800-448-1868 | MA ON 07-12 1335 |
| 7 - 17 | 4.00 | ADP Tax | ADP Tax | KLJDA 0727340VV | |
| 7 - 28 | 400.00 | ATM | 600 N BROADWAY | DENVER | CO ON 07-28 1335 |
| 7 - 28 | 72.83 | ADP FEES | ADP PAYROLLFEES | 697093499912 | |
| 7 - 31 | 22.00 | ACTIVITY CHARGE | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 - 03 | DEPOSIT | 226.00 | 7 - 12 | DEPOSIT | 824.00 | 7 - 24 | DEPOSIT | 530.50 |
| 7 - 07 | DEPOSIT | 390.00 | 7 - 19 | DEPOSIT | 814.50 | 7 - 26 | DEPOSIT | 1,013.75 |
| 7 - 12 | DEPOSIT | 12.00 | 7 - 24 | DEPOSIT | 130.80 | 7 - 28 | DEPOSIT | 100.00 |

## ELECTRONIC AND MISCELLANEOUS ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | CARD NBR |
|---|---|---|---|---|
| 7 - 05 | 582.40 | Deposits | CLEARENT LLC | 588000000739581 |
| 7 - 06 | 216.63 | Deposits | CLEARENT LLC | 588000000739581 |
| 7 - 07 | 1,637.73 | Deposits | CLEARENT LLC | 588000000739581 |
| 7 - 10 | 2,044.40 | Deposits | CLEARENT LLC | 588000000739581 |
| 7 - 12 | 170.35 | Deposits | CLEARENT LLC | 588000000739581 |
| 7 - 13 | 266.58 | Deposits | CLEARENT LLC | 588000000739581 |
| 7 - 14 | 1,021.07 | Deposits | CLEARENT LLC | 588000000739581 |
| 7 - 17 | 180.48 | Deposits | CLEARENT LLC | 588000000739581 |

****CONTINUED ON NEXT PAGE****

DocuSign Envelope ID: 899716FA-556A-462D-9869-D1AE008E8FA6

EXHIBIT 8

# Innovation Refunds

**Innovation Refunds**
4350 Westown Pkwy Ste 300
West Des Moines, IA 50266
billing@innovationrefunds.com

**Payment is Due 3 Business Days Upon Receipt of Each Refund Invoice**

ADDRESS
Kelly K. White D.D.S.
Kelly K. White, D.D.S., PC
1391 Speer Blvd, Suite 525
Denver, CO 80204

DATE **4/24/2023**

UNIQUE IDENTIFIER

ERC-12341179414

| RECOVERY DETAILS | ELIGIBLE | EST. RECOVERY | FEE % | ESTIMATED FEE |
|---|---|---|---|---|
| 2020 Q2 Employee Retention | √ | $13,555.00 | 25% | $3,388.75 |
| 2020 Q3 Employee Retention | √ | $3,260.00 | 25% | $815.00 |
| 2020 Q4 Employee Retention | √ | $3,185.00 | 25% | $796.25 |
| 2021 Q1 Employee Retention | √ | $22,745.52 | 25% | $5,686.38 |
| 2021 Q2 Employee Retention | √ | $28,080.36 | 25% | $7,020.09 |
| 2021 Q3 Employee Retention | √ | $19,273.10 | 25% | $4,818.28 |

**TOTAL ANTICIPATED
RECOVERY**

**$90,098.98**

---

Thank you for working with Innovation Refunds, LLC!

We value your partnership and look forward to serving your needs in the future!

TOTAL **$22,524.75**

Accepted By [signature]

Accepted Date **4/24/2023**

---

**Actual fee will be calculated upon receipt
of each refund.**

Within 48 hours of receiving a check you'll be
required to upload a copy.

Within 3 business days of receiving an invoice you'll
be required to submit payment.

(1) Upload a copy of your refund check(s) for us to review

(2) We'll calculate the fee and send you an invoice

(3) Upon receiving our invoice, you submit the payment

United States Bankruptcy Court
721 19th Street
Denver, CO 80202
720 904 7300
Honorable Judge Kimberely Tyson

February 6, 2024

RE:  Case #23-15137 Dr. Kelly Kendall White



FILED
CLERK OF COURT

FEB – 6 2024

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

To whom it may concern:

The former employees of Dr. Kelly Kendall White are hereby filing a formal Objection to the Motion to Disallow Proof of Claims Ordered by the Court on January 26, 2024 for Creditor #9 Sasha Dudnikoff for the amount $1930.00, #10 Vicki A Gesford for the amount of $8306.25 and Creditor #11  Jeanette Sigala for the amount of $12,475.00 with subsequent back wages entered for each under Part 2 section 7.

The determination by Dr. White's attorney, Stephen Berken via email dated on Wednesday, January 24, 2024 was to claim Dr. White was not our employer pursuant to C.R.S. 8-4-101(6) which is incorrect. Please see our articles of exhibit proving Dr. White was, in fact, our employer during the time our wages were earned per C.R.S. 8-4-101 (14) a. and b. and C.R.S. 8-4-101 (15).

Exhibits:

1. Motions to Disallow Proof of Claims January 26, 2024.

2. Letter to Stephen Berken dated August 5, 2023 including our Demand for Demand for Payment of Wages and a follow up letter to Stephen Berken dated August 8, 2023.  A third attempt to collect our back pay sent to Mr. Berken via email October 29, 2023.

3. Signed Separation Agreements by Dr. Kelly White relieving us of our employment due to the office closure.

4. Proof of Claims submitted to the Court on November 20, 2023, and a letter from Mr. Berken to Jeanette Sigala and Vicki Gesford dated January 17, 2024, expressing concerns about the validity of our POCS and the OSHA Biohazard that was discovered by Patterson Dental on July 6, 2023 and the subsequent treatment of patients that were waiting on permanent restorations to complete the cases that had been paid for.  In NO way did we knowingly subject ourselves to the OPIM to garner or increase our payroll.

5. Attempts for Dr. White to reconcile our payroll for December 1, 2022-December 31, 2022, on January 30, 2023, via ADP Statements and Direct Deposits showing him to be our employer. Personal checks in the amount of $500 dated March 22, 2023 that were declined to NSF.

6. Excel spreadsheets detailing our earnings from January 1, 203-July 31, 2023.

7. Bank Statement dated July 31, 2023, for Dr. Kelly K. White, D.D.S., P.C. DBA Auraria Dental Oasis. Proof Dr. White was our employer.

8. Employee Retention Tax Credits that were approved and intended to be used for our wages through Innovative Refunds that were submitted by the POE (Intandem) to the IRS who paid Dr. White's employes during those quarters initialed and accepted by Dr. White.

We would also like to Plead and Request our Demand for Payments for our entire earnings be Granted for the following reasons:

1. Income Tax and potential penalties that may be assessed for non-payment for 2023.

2. Health concerns due to Diabetes and other stresses incurred along with the OPIM exposure from the unknown OSHA biohazard in the environment for an 18-month period.

3. Undue stress with the financial burden of having to use credit cards and other resources to cover our lack of income that was promised to us not only by our employer but the owners of the new LLC that procured and benefitted from Dr. White's practice and his assets.

4. Unexpected loss of employment and income due to office closure.

We are presenting this letter and all documents to the Court in Person to fulfill our deadline for Objections of February 28, 2024, and prior to the Amended Chapter 13 Plan to be filed on February 7, 2024.

Please make note of Jeanette's mailing address since Mr. Berken states he does not have it on file and her documents were sent to me.

Thank you,

Signed:

Vicki A. Gesford
Dated: 2-6 2024

Signed:

Jeanette M. Sigala
Dated: 2-6-2024



*EXHIBIT 1*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:

Dr. Kelly Kendall White,

Debtor.

Bankruptcy Case No. 23-15137 KHT

Chapter 13

## ORDER FOR COMPLIANCE WITH APPLICABLE RULES OF PROCEDURE
## REGARDING SERVICE AND NOTICE

THIS MATTER comes before the Court on the Motion to Disallow Proof of Claim No. 11 of Creditor Jeanette M. Sigala filed by Debtor Kelly Kendall White ("Movant") on January 25, 2024 (Docket No. 42). The Court finds that Movant has failed to comply with applicable rules of procedure, noted more specifically below:

|X| **Fed.R.B.P. 3007 (a)(2)(A)**: failure to serve a copy of the Claim Objection and 9013 notice on the Claimant **by first-class mail** to the person most recently designated on the claimant's original or amended proof of claim as the person to receive notices.

Accordingly, IT IS HEREBY ORDERED that Movant must cure the above-noted deficiency by the cure date listed below, failing which the Motion will be denied without further notice.

**Deficiency Cure Date: February 2, 2024.**

DATED this 26th day of January, 2024.

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge